IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 96 ML |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(C) & |
| MIGUEL PAVAO | ) | (b)(1)(B) & 18 U.S.C. §924(c)& |
| | ) | 18 U.S.C.§§922(g) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about September 6, 2006, in the District of Rhode Island, the Defendant, MIGUEL PAVAO, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B).

COUNT 2

On or about September 6, 2006, in the District of Rhode Island, the Defendant, MIGUEL PAVAO, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(C).

COUNT 3

On or about September 6, 2006, in the District of Rhode Island, the defendant, MIGUEL PAVAO, having been convicted of a

crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Fabrique Nationale,.32 caliber semi-automatic pistol, serial number 458339, in violation of 18 U.S.C. §922(g).

COUNT 4

On or about September 6, 2006, in the District of Rhode Island, the defendant, MIGUEL PAVAO, in furtherance of a drug trafficking crime, did knowingly possess a firearm, to wit: a Fabrique Nationale, .32 caliber semi-automatic pistol, serial number 458339, in violation of 18 U.S.C. §924(c).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 3 of this Indictment, the Defendant, MIGUEL PAVAO, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearm identified in Count 3 of the Indictment.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Mary E. Rogers
Assistant U.S. Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

Dated: 9-13-06