UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-096ML |
| | ) | |
| MIGUEL PAVAO | ) | |

---

MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the defendant, Miguel Pavao, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for November, 2006, for an additional thirty (30) days. In support of this motion, counsel states that Mr. Pavao and the government are continuing in plea negotiations and this time is needed to further that end. Mr. Pavao also needs additional time to complete his investigation of the incident and contemplate the filing of substantive motions. The government has no objection to this request.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(f).

Respectfully submitted
Miguel Pavao
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on October 27, 2006.

/s/ Kevin J. Fitzgerald