# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

MIGUEL PAVAO

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:06-CR-96ML

TO: Robin Stansell
65 Northup Street
Warwick, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM / DATE AND TIME |
| --- | --- |
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | COURTROOM: Judge Mary M. Lisi<br>Courtroom 1<br>DATE AND TIME: December 18, 2006<br>9:30 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (BY) DEPUTY CLERK: [signature] | 12/15/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12-15-06 | Federal Public Defender office |
| SERVED | 12-15-06 | 65 Northup St. WARWICK, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Robin Stansell | ☐ YES ☒ NO AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Daniel R. Fortier | investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 12-15-06
Date

Daniel R Fortier
Signature of Server

FDO - 10 Weybosset St #300 PROVIDENCE, RI
Address of Server

ADDITIONAL INFORMATION

In hand service.