d. a mandatory special assessment of $100.

Count 4: 5 years KSF MR M.P.

a. a mandatory minimum term of imprisonment which shall not run concurrently to any other term of imprisonment;

b. a fine of up to $250,000;

c. a term of supervised release of 3 years; and

d. a mandatory special assessment of $100.

Thus, if imposed consecutively, the maximum penalties for both counts combined are: seventy five (75) years imprisonment, a fine of $3,500,000, supervised release up to life, and a special assessment of $400.

7. Defendant agrees that, after he and his counsel sign this agreement, counsel will return it to the United States Attorney's Office along with a money order or certified check, payable to the Clerk, United States District Court, in payment of the special assessments. Failure to do so, unless the Court has made a previous finding of indigence, will relieve the government of its obligation to recommend a reduction in the offense level under the guidelines for Acceptance of Responsibility.

8. Defendant is advised and understands that: