IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-096ML |
| | ) | |
| MIGUEL PAVAO | ) | |

# GOVERNMENT'S SENTENCING MEMORANDUM

The Defendant filed a memorandum in support of sentencing on March 23, 2007, requesting that the Court impose the statutory mandatory minimum sentence. The government is in agreement that this would be a just sentence.

## I. TRAVEL OF THE CASE

The Defendant was arrested on September 6, 2006 and indicted on September 13, 2006, on four counts that charged him with possession of cocaine and cocaine base (crack cocaine) with the intent to distribute, possessing a firearm in furtherance of a drug trafficking crime and possessing a firearm after having been convicted of a felony. On December 18, 2006, the facts of this case were presented to the Court during a motion to suppress, which the Court denied. The Defendant pled guilty on January 19, 2007 and is scheduled to be sentenced on March 30, 2007.

## II. FACTS

At approximately 1 a.m. on September 6, 2006, Warwick Police Sgt. Rathbun, in a police cruiser, was monitoring traffic on West Shore Road when he noticed that a vehicle, driven by the defendant, had a flat left front tire. Sgt. Rathbun activated the police cruiser's lights and traveling at speeds up to 50 miles an hour was initially unable to pull the Defendant over.

Rathbun turned on the police siren and the defendant's vehicle swerved over into the oncoming lane and made an abrupt U-turn, pulling into the Defendant's yard. The Defendant got out of his car and began walking towards the building. The officer suspected that the Defendant was under the influence of either drugs or alcohol and told the Defendant to return to his car. The Sgt. had to repeat the command twice before the Defendant complied. The Defendant was extremely nervous; visibly shaking. During the Terry frisk, Rathbun retrieved a fully loaded firearm with a round in the chamber. A search of the Defendant's vehicle revealed approximately 160 grams of marijuana, along with 14.56 grams of crack cocaine and 12.06 grams of a mixture of both powder and crack cocaine inside a prescription bottle. A make shift crack pipe was located, as well as two digital scales. Also located were various prescription medication bottles in other people's names, a bottle of Dewar's scotch, and prescription bottles in Miguel Pavao's name.

## III. ARGUMENT

The guideline range for sentencing as calculated the United States Sentencing Guidelines (U.S.S.G.) is 57 to 71 months, given the Defendant's Criminal History Category of III. However, due to the statutory mandatory minimum in Count One, the restricted range is 60 to 71 months and on Count Four the statute mandates that the mandatory minimum sentence of 60 months be imposed consecutively. Therefore, the U.S.S.G. range on counts One through Three is 60 to 71 months and the 60 months on Count Four must be imposed consecutively, resulting in a mandatory minimum sentence of 120 months. Although the Defendant was eligible for a sentencing enhancement information pursuant to 21 U.S.C. §851, the government did not file one. If it had, the Defendant would face a statutory mandatory minimum sentence of 180 months or 15 years. The government agreed in the plea agreement to recommend either the low

end of the guidelines or the statutory mandatory minimum, whichever was greater. In this case, the Defendant's request of 10 years or 120 months is identical to the government's recommendation.

## III. CONCLUSION

For the foregoing reasons, the government agrees with the Defendant's requested sentence of 120 months or 10 years.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On the 27th day of March, 2007, I caused the Government's Sentencing Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin J. Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov