UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 06-096-01ML

MIGUEL PAVAO

ORDER

The Government is hereby ordered to file its response to "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" on or before **May 9, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
April 23 , 2008

Entered as an Order of this Court on April 23 , 2008.

Barbara Barletta
Deputy Clerk