UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-096 ML

MIGUEL PAVAO

ORDER

This matter is before the Court on Defendant's Motion to Modify Term of Imprisonment. The motion is DENIED for the reasons set forth in the government's opposition.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 30 , 2008